No. 1694. ARMSTRONG, APPELLANT, *v.* HOMAR & COLÓN ET AL., APPELLEES.—Intervention. Ponce. July 12, 1917. *Appeal withdrawn.*

No. 1184. PEOPLE, APPELLEE, *v.* VÁZQUEZ, ALIAS LOLÓ, APPELLANT.—Voluntary Homicide. Guayama. July 19, 1917. *Affirmed.*

No. 1695. PAGÁN, APPELLEE, *v.* DÍAZ, APPELLANT (RUIZ, INTERVENOR).—Execution of Deed. San Juan, Section 1. July 19, 1917. *Dismissed for lack of transcript of record.*

No. 1696. VALS, APPELLANT, *v.* BUXÓ, APPELLEE.—Intervention. San Juan, Section 1. July 20, 1917. *Dismissed for lack of transcript of record.*

No. 1697. CAPÓ, APPELLANT, *v.* MUNICIPALITY OF CAYEY, APPELLEE.—Restoration of Property. Guayama. July 24, 1917. *Dismissed.*

No. 1199. GOICO ET AL., APPELLANTS, *v.* PEOPLE, APPELLEE.—Habeas Corpus. Guayama. July 26, 1917. *Dismissed.*

No. 1699. PÉREZ, ETC., APPELLEE, *v.* MERCADO, APPELLANT.—Ejectment. Ponce. July 26, 1917. *Dismissed for lack of transcript of record.*

No. 1698. ROSES, APPELLEE, *v.* LÓPEZ DE VICTORIA ET AL., APPELLANTS.—Action of Debt. San Juan, Section 2. July 26, 1917. *Dismissed for lack of transcript of record.*